

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00319-CR

DOMENIC TRUMAN                                                    APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

----------

### FROM THE 362ND DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. F16-443-362

----------

## MEMORANDUM OPINION[1]

----------

Pro se Appellant Domenic Truman attempts to appeal from the trial court's

judgment reached as a result of a plea bargain.  Appellant pled guilty to the state

jail felony of fraudulent use or possession of identifying information in exchange

---

[1]*See* Tex. R. App. P. 47.4.

for 180 days in county jail.[2]  Appellant signed a document including statements that he was mentally competent at the time of his plea and that his plea was made freely and voluntarily as well as a judicial confession of guilt, and he separately signed a waiver of appeal providing that he "waive[d] the right to any appeal in this case" and that he did "not desire to appeal."  The trial court's certification of appeal provides that this is a plea-bargained case, the Appellant does not have the right to appeal, and he has waived his right of appeal.[3]

We informed Appellant by letter that this appeal was subject to dismissal based on the trial court's certification unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal by September 2, 2016.  We have received no response.

We therefore dismiss this appeal.[4]


PER CURIAM


PANEL:  DAUPHINOT, WALKER, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  October 13, 2016

---

[2]*See* Tex. Penal Code Ann. § 12.44(a) (West 2011), § 32.51(b), (c)(1) (West Supp. 2016).

[3]*See* Tex. R. App. P. 25.2(a)(2), (d).

[4]*See* Tex. R. App. P. 25.2(d), 43.2(f).